# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MALIK KA MAKKALI,
ADC #99357,
a/k/a Gary T. Cloird                                                PETITIONER

v.                          No. 5:13-cv-358-DPM-HDY

RAY HOBBS, Director, Arkansas
Department of Correction                                           RESPONDENT

## ORDER

Magistrate Judge H. David Young's unopposed recommendation, № 6,

is adopted.   FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983

Addition).  The Court directs the Clerk to correct the docket to reflect that

№ 7 is a motion to withdraw.  Motion to withdraw, № 7, and motion for leave

to proceed *in forma pauperis*, № 8, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2014