IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MALIK KA MAKKALI,
ADC #99357,
a/k/a Gary T. Cloird                                              PETITIONER

v.                         No. 5:13-cv-358-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                          RESPONDENT

## JUDGMENT

Makkali's petition is dismissed without prejudice. No certificate of appealability will issue.

*D.P. Marshall Jr.*
United States District Judge

20 February 2014